IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **AKEEM R. GUMBS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:16-cv-0030 |
| | ) |
| **LOUIS PENN, JR.,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

**THIS MATTER** comes before the Court on Plaintiff's motions purportedly seeking relief under Rule 60(b) of the Federal Rules of Civil Procedure. (ECF Nos. 53 and 54.) On March 24, 2017, this Court issued a Memorandum Opinion and Judgment dismissing this case based on Plaintiff's failure to state a claim for relief. (ECF Nos. 13 and 14.) The Court sees no reason to revisit that ruling. Further, the Court finds that the Plaintiff's motion seeking relief under Rule 60(b) is baseless and without merit.

Accordingly, it is hereby

**ORDERED** that Plaintiff's motions seeking relief under Rule 60(b) of the Federal Rules of Civil Procedure, ECF Nos. 53 and 54, are **DENIED;** it is further

**ORDERED** that a copy of this Order shall be served on Plaintiff by first class mail return receipt requested.

**Dated:** October 21, 2022          *s/ Robert A. Molloy*
                                     **ROBERT A. MOLLOY**
                                     **Chief Judge**